UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACQUELINE ANN HAAS,

    Plaintiff,

v.

    Civil Case No. 16-11817
    Honorable Linda V. Parker

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# OPINION AND ORDER (1) ADOPTING MAGISTRATE JUDGE'S AUGUST 1, 2017 REPORT AND RECOMMENDATION; (2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; (3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (4) AFFIRMING DEFENDANT'S DECISION DENYING PLAINTIFF SOCIAL SECURITY BENEFITS

On May 21, 2016, Plaintiff filed this lawsuit challenging Defendant's final decision denying her application for social security benefits. On May 23, 2016, this Court referred the lawsuit to Magistrate Judge Anthony P. Patti for all pretrial proceedings, including a hearing and determination of all non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) and/or a report and recommendation ("R&R") on all dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(B). (ECF No. 4.) The parties subsequently filed cross-motions for summary judgment. (ECF No. 15, 18.)

On August 1, 2017, Magistrate Judge Patti issued an R&R recommending that this Court deny Plaintiff's motion for summary judgment, grant Defendant's motion, and affirm Defendant's decision denying Plaintiff's application for social security benefits. (ECF No. 19.) At the conclusion of the R&R, Magistrate Judge Patti advises the parties that they may object to and seek review of the R&R within fourteen days of service upon them. (*Id*. at Pg ID 598.) He further specifically advises the parties that "[f]ailure to file specific objections constitutes a waiver of any further right to appeal." (*Id.*) Neither Plaintiff nor Defendant filed objections to the R&R.

The Court has carefully reviewed the R&R and concurs with the conclusions reached by Magistrate Judge Patti**.** The Court therefore adopts Magistrate Judge Patti's August 1, 2017 R&R.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for summary judgment (ECF No. 15) is **DENIED**;

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 18) is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant's decision denying Plaintiff's

application for social security benefits is **AFFIRMED**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: August 31, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 31, 2017, by electronic and/or U.S. First Class mail.

s/ R. Loury  
Case Manager